## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 DEC -3 PM 1:03

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RUBEN LOPEZ (1),<br><br>　　　　　　　　　Defendant. | CASE NO.  12CR3278-JLS<br><br>BY_____*kem*_____ DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ 　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ 　the Court has dismissed the case for unnecessary delay; or

_X_ 　the Court has granted the motion of the Government for dismissal, without prejudice; or

___ 　the Court has granted the motion of the defendant for a judgment of acquittal; or

___ 　a jury has been waived, and the Court has found the defendant not guilty; or

___ 　the jury has returned its verdict, finding the defendant not guilty;

_X_ 　of the offense(s) as charged in the Indictment:

　　　31 USC §5332(a) & (b) Bulk cash smuggling; 31 USC §5316(a)(1) & 5324 ( c) & (d) Failure to file reports on exporting monetary instruments; 31 USC §5317( c) & 5332(b)(2) Criminal Forfeiture.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

　　　　　　　　　　　　　　　　　　　_/s/ Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　HONORABLE JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE